UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EVEL JOHN ORTIZ,**

      **Plaintiff,**

v.                                   **Case No:  6:15-cv-705-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on May 1, 2015, seeking judicial review under 42 U.S.C. § 405(g) of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's applications for Disability Insurance benefits and Supplemental Social Security Income benefits. United States Magistrate Judge Gregory J. Kelly filed a Report and Recommendation (Doc. 23) on April 25, 2016, recommending that the Commissioner's final decision be affirmed.

After an independent *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 6, 2016.



Copies furnished to:

Counsel of Record